■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN SANCHEZ, Appellant. [689 NYS2d 60] —Judgment, Supreme Court, Bronx County (Dominic Massaro, J.), entered January 29, 1996, convicting defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

Defendant's suppression motion was properly denied. The record supports the court's finding that defendant abandoned a bag when he threw or dropped it near a parked car and walked away (*see, People v Ramirez-Portoreal*, 88 NY2d 99). Contrary to defendant's argument, none of his actions suggested that he was hiding the bag out of fear of being robbed (*see, People v Murray*, 256 AD2d 116). Concur—Williams, J. P., Rubin, Mazzarelli, Saxe and Friedman, JJ.